

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-20-00601-CR

**IN RE** Eric L. **WILLRICH**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Rebeca C. Martinez, Justice
             Patricia O. Alvarez, Justice
             Liza A. Rodriguez, Justice

Delivered and Filed: December 30, 2020

PETITION FOR WRIT OF MANDAMUS DENIED

On December 17, 2020, Relator Eric L. Willrich filed a pro se petition for writ of mandamus in which he asserts the trial court has failed to view and rule on several "motions and writs sent in by [him] and [his] attorney, and is keeping him in involuntary servitude against his liberty." Willrich is represented by trial counsel in the underlying proceeding; therefore, he is not entitled to hybrid representation. *Patrick v. State*, 906 S.W.2d 481, 498 (Tex. Crim. App. 1995); *see also In re West*, No. 04-20-00105-CR, 2020 WL 907571, at *1 (Tex. App.—San Antonio Feb. 26, 2020, orig. proceeding) (not designated for publication). The absence of a right to hybrid representation means Willrich's pro se mandamus petition will be treated as presenting nothing

---

[1] This proceeding arises out of Cause No. 2019CR11728A, styled *The State of Texas v. Eric L. Willrich*, pending in the 399th Judicial District Court, Bexar County, Texas, the Honorable Frank J. Castro presiding.

for this court's review. *See id.*; *In re West*, 2020 WL 907571, at *1. Accordingly, Willrich's petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH